AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 16-12194
Hon. Stephen J. Murphy, III

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: Corning Incorporated

Date of Service: June 20, 2016

## Method of Service

____ Personally served at this address:

____ Left copies at the usual place of abode with (name of person):

**X** Other (specify): Certified Mail, Return receipt requested, restricted delivery 601 Abbot Rd. East Lansing, MI 48823

____ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Sherri Sikorski
Signature of Server: Sherri Sikorski
Date: June 22, 2016
Server's Address:
Mantese Honigman, P.C.
1361 E. Big Beaver Rd.
Troy, MI 48083

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Landers Auto Group No. 1, Inc., d/b/a Landers Toyota, et al  ) | | |
| ) | | |
| ) | Civil Action No.  16-12194 | |
| *Plaintiff,*  ) | | |
| ) | | |
| v.  ) | | |
| ) | | |
| Denso Corporation, et al  ) | Hon.  Stephen J. Murphy, III | |
| ) | | |
| ) | | |
| *Defendant.*  ) | | |

## SUMMONS IN A CIVIL ACTION

To:     Corning Incorporated

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Gerard V. Mantese
    Mantese Honigman, P.C.
    1361 E. Big Beaver Road
    Troy, MI 48083

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/LGranger
      *Signature of Clerk or Deputy Clerk*

Date of Issuance:  June 15, 2016



English     Customer Service     USPS Mobile                                                    Register / Sign In

**USPS.COM**

# USPS Tracking®


Customer Service ›
Have questions? We're here to help.


Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: **70141200000048233627**

Updated Delivery Day: Saturday, June 18, 2016

## Product & Tracking Information

**Postal Product:**                **Features:**
                                   Certified Mail™

## Available Actions

**Text Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **June 20, 2016, 9:57 am** | Delivered | **EAST LANSING, MI 48826** |

**Email Updates**

Your item was delivered at 9:57 am on June 20, 2016 in EAST LANSING, MI 48826.

| | | |
|---|---|---|
| June 18, 2016, 10:07 am | Business Closed | EAST LANSING, MI 48823 |
| June 18, 2016, 9:00 am | Arrived at Unit | EAST LANSING, MI 48823 |
| June 17, 2016, 10:45 pm | Arrived at USPS Facility | ALLEN PARK, MI 48101 |

## Track Another Package

Tracking (or receipt) number

[                                                                    ] Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›



**HELPFUL LINKS**          **ON ABOUT.USPS.COM**       **OTHER USPS SITES**              **LEGAL INFORMATION**
Contact Us                 About USPS Home             Business Customer Gateway         Privacy Policy
Site Index                 Newsroom                    Postal Inspectors                 Terms of Use
FAQs                       USPS Service Updates        Inspector General                 FOIA
                           Forms & Publications        Postal Explorer                   No FEAR Act EEO Data
                           Government Services         National Postal Museum
                           Careers                     Resources for Developers

Copyright © 2016 USPS. All Rights Reserved.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Chelsea Parsons_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Chelsea Parsons  C. Date of Delivery |
| 1. Article Addressed to:<br>Corning Incorporated<br>Attn: Resident Agent - CSC-<br>Lawyers Incorporating Service (Co.)<br>601 Abbott Rd.<br>East Lansing, MI 48823 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail® ☐ Priority Mail Express™<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ Collect on Delivery<br>4. Restricted Delivery? (Extra Fee) ☒ Yes |
| 2. Article Number<br>(Transfer from service label) | 7014 1200 0000 4823 3627 |

PS Form 3811, July 2013  Domestic Return Receipt